IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-1217-CIV-DAVIS

**NIGHT BOX FILED**
JUL 23 1998
CARLOS JUENKE
CLERK, USDC / SDFL / MIA

SABRETECH, INC., VALUJET AIRLINES, )
INC., and VALUJET, INC. )
)
    Plaintiffs )
)
v. )
)
GARY S. FREED and FREED & BERMAN, )
P.C., W. RAY PERSONS and SWIFT, )
CURRIE, McGHEE & HIERS L.L.P., )
DENNIS T. CATHEY and CATHEY & )
STRAIN, also the following entities )
Individually and as Representatives of the )
Plaintiffs' Steering Committee: JOHN HOWIE )
and HOWIE & SWEENEY, L.L.P., KEVIN )
MALONE and KRUPNICK, CAMPBELL, )
MALONE, ROSELLI, BUSER, SLAMA & )
HANCOCK, P.A., AARON S. PODHURST, )
STEVEN C. MARKS, and PODHURST, )
ORSECK, JOSEFSBERG, EATON, )
MEADOW, OLIN & PERWIN, P.A., )
GERARD R. LEAR and SPIESER, KRAUSE, )
MADOLE & LEAR, MICHEL )
BAUMEISTER and BAUMEISTER & )
SAMUELS, )
)
    Defendants. )
                                          )

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS OR IN THE ALTERNATIVE, REQUEST FOR EXPEDITED EVIDENTIARY HEARING

COME NOW Defendants Gary S. Freed and Freed & Berman, P.C. ("Freed & Berman"),

W. Ray Persons and Swift, Currie, McGhee & Heirs, L.L.P. ("Persons"), Dennis T. Cathey and

Cathey & Strain ("Cathey") (collectively referred to as "Culver Counsel"), and pursuant to Fed. R.

Civ. P. 12(c), request that this Honorable Court enter an order granting judgment on the pleadings



on Culver Counsel's Statement of Claim to Fund or, in the alternative, granting an expedited evidentiary hearing pursuant to Local Rule 7.1(E) on the issue of entitlement to any of the interpleaded money by the other Defendants to the this action. In support of this Motion, Culver Counsel rely upon their Memorandum in Support of Motion for Judgment on the Pleadings or in the Alternative, Request for Expedited Evidentiary Hearing, filed contemporaneously herewith. To the extent this matter proceeds timely, these Defendants have no objection to the Court's dismissal of the Plaintiffs from this action.

This the 23rd day of July, 1998.

Respectfully submitted,

FREED & BERMAN, P.C.

By: _____
Gary S. Freed
Georgia Bar No. 275275
(Application for Admission *Pro Hac Vice* pending)

By: _____
Benjamin I. Fink
Georgia Bar No. 261090
(Application for Admission *Pro Hac Vice* pending)

Fourteen North Parkway Square
4200 Northside Parkway, N.W.
Atlanta, Georgia 30327-3054
(404) 261-7711

DEFENDANTS, PRO SE

CATHEY & STRAIN

By: _____
Dennis T. Cathey
Georgia Bar No. 116600
(Signed with express permission by Benjamin I. Fink)
(Application for Admission *Pro Hac Vice* pending)

P.O. Box 689
Cornelia, Georgia 30531-0689
(706) 778-2601

DEFENDANT, PRO SE

SWIFT, CURRIE, MCGHEE & HIERS

By: ___W. Ray Persons (by BIF)___
W. Ray Persons
Georgia Bar No. 573525
(Signed with express permission by Benjamin I. Fink)
(Application for Admission *Pro Hac Vice* pending)

1355 Peachtree Street, N.E.
Suite 300
Atlanta, Georgia 30309-3238
(404) 874-8800

DEFENDANT, PRO SE

PHILLIPS, EISINGER, KOSS & ROSENFELDT, P.A.

By: _____
Gary S. Phillips (Signed with express permission by Gary S. Freed)
Florida State Bar No. 329841

Presidential Circle
4000 Hollywood Boulevard
Suite 265 South
Hollywood, Florida 33021
(954) 894-8000

LOCAL COUNSEL FOR GARY S. FREED AND FREED & BERMAN, P.C., W. RAY PERSONS AND SWIFT, CURRIE, MCGHEE & HIERS, L.L.P., DENNIS T. CATHEY AND CATHEY & STRAIN, DEFENDANTS, PRO SE